15-61888

Atten: The Judge Connolly



I was in credit canseling (Freeden debt Relief) where I paid a monthly fee twice a month to pay all credit cards. When asked if I did credit censeling I said yes thinking that is what I was doing. I just learned this morning that I needed an actual class on "credit Canseling." I completed the online course immediately and brought the certificate downtown.

My sincere apologies,

Kersten Morrison