UNITED STATES BANKRUPTCY COURT
FOR THE
Western District of Virginia

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

OCT 2 0 2015

NSH  3:15 PM

DEPUTY CLERK

In re: Kersten Morrison

Debtor(s)

CASE NO. 15-61888

CHAPTER 7

## STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON-ATTORNEY IN REGARDS TO PREPARING AND FILING PETITION

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

( ) 1) No assistance was provided.

(X) 2) Name, address, social security number, and telephone number of person or firm who provided assistance:

American Bankruptcy Company
On american online bankruptcy center site
americanonlinebankruptcycenter.com

Amount paid for same: $ 249.00

Method of payment: VISA

Balance due, if any: $ 0

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at _____
Executed on _____

_____
Debtor

_____
Joint Debtor

soda.jsp

005234                                    3805005244054